UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-21122-CIV-SINGHAL

OSCAR DAVID ESPINOZA MAZO,

         Petitioner,

vs.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, *et al.*,

         Respondents.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Agreed Motion to Transfer Case to Middle District of Florida (DE [7]). At the time he filed his petition (and currently), Petitioner was confined at the Glades County Detention Center, which is located in the Middle District of Florida. The Petition should have been filed in the Middle District of Florida. *Rumsfeld v. Padilla,* 542 U.S. 426, 446-47 (2004). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that he Agreed Motion to Transfer Case to Middle District of Florida (DE [7]) is **GRANTED.** The Clerk of Court shall take all steps necessary to transfer this case to the Middle District of Florida. The Court's Order to Show Cause (DE [6]) is **VACATED.**

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 20th day of March 2026.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF